IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Phillip Oketta, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. DLB-22-1886 |
| | * | |
| Alejandro Mayorkas, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*

## **CONSENT MOTION TO EXTEND TIME**

Defendants respectfully move for 60 days extension of time, until October 21, 2022, to respond to the Complaint and for cause state:

1. Plaintiff filed this action in the U.S. District Court for the District of Columbia requesting that the Court order the United States Citizenship and Immigration Services (USCIS) to adjudicate Plaintiff's Form I-485 Application to Register Permanent Residence or Adjust Status. ECF 1. By Order entered on July 22, 2022, the District of Columbia transferred the action to the District of Maryland and ordered Defendants to respond to the complaint the latter of two dates, which is within 21 days after the action is docketed in the District of Maryland. ECF 11. The action was docketed in the District of Maryland on August 1, 2022. ECF 12. Undersigned counsel calculates that the 21-day period in which to respond to the Complaint is on or before August 22, 2022.

2. On July 19, 2022, USCIS issued a Request for Evidence (RFE) seeking additional information and documents required to adjudicate the Form I-485. Plaintiff's response to the RFE is due October 14, 2022.

3. Defendants need additional time to obtain and review the requested information

and documents, and thereafter, adjudicate the Form I-485. USCIS is working diligently to adjudicate the Form. Upon USCIS's receipt of the requested information from Plaintiff, USCIS will promptly review the information, and if all necessary documentation is provided, will promptly adjudicate the Form.

4. Undersigned counsel is working diligently to investigate the allegations of the Complaint and attempt to resolve this matter without further litigation.

5. The undersigned expects to be in a position to respond to the Complaint on or before October 21, 2022, in order to provide USCIS sufficient time to adjudicate.

6. Undersigned contacted Plaintiff's counsel who consents to the extension of time.

WHEREFORE, Defendants request an Order extending the time through and including October 21, 2022 to file a response to the Complaint.

> Respectfully submitted,
> Erek L. Barron
> United States Attorney
>
> _____/s/_____
> Vickie E. LeDuc (Bar No. 805577)
> Assistant United States Attorney
> 36 S. Charles Street, Fourth Floor
> Baltimore, Maryland 21201
> 410-209-4800
> Vickie.LeDuc@usdoj.gov
> *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on August 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

> _____/s/_____
> Vickie E. LeDuc
> Assistant United States Attorney